Argued January 19, affirmed January 19, petition for rehearing denied February 23, petition for review denied April 11, 1972

## STATE OF OREGON, *Respondent, v.* RASE RANDOLPH JOHNSON (No. 7263), *Appellant.*

492 P2d 834

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert E. Brasch,* District Attorney,. Coquille, argued the cause for respondent. With him on the brief was Jim C. Jagger, Assistant District Attorney, Coquille.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.